IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

ANDRES RODRIGUEZ, JR., :
:
    Plaintiff, :
:
v. : 3:18-CV-127
: (JUDGE MARIANI)
ANDREW SAUL, :
:
    Defendant. :

## ORDER

AND NOW, THIS 20th DAY OF NOVEMBER 2020, upon *de novo* review of Magistrate Judge Mehalchick's Report and Recommendation ("R&R") (Doc. 21), Plaintiff's Objections thereto (Doc. 22), and all other relevant documents, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 21) is **ADOPTED** for the reasons set forth therein and in this Court's accompanying memorandum opinion.

2. Defendant's Objections (Doc. 22) are **OVERRULED** for the reasons set forth in this Court's accompanying memorandum opinion.

3. Plaintiff's Appeal is **DENIED**.

4. The Commissioner of Social Security's decision is **AFFIRMED**.

5. The Clerk of Court is directed to **CLOSE** this case.

                                                  Robert D. Mariani
                                                  United States District Judge